BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE, State Bar No. 120002
E-Mail: dmaguire@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Defendants
Life Insurance Company of North America and
Aon Corporation Long Term Disability Plan

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYNETTE J. HALVERSON, | CASE NO. CV 07-1454 ODW (VBKx) |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |
| CIGNA CORPORATION, a corporation; AON CORPORATION, a corporation; LIFE INSURANCE COMPANY OF NORTH AMERICA, a corporation AON CORPORATION LONG TERM DISABILITY PLAN, an ERISA plan; DOES 3 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED that this action shall be dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

DATED: March 20, 2008    _____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4847-9838-6690 v1

CASE NO. CV 07-1454 ODW (VBKx)
(PROPOSED) ORDER FOR DISMISSAL